# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JENNIE WALSH

VERSUS

LANDMARK OF BATON ROUGE,
LLC, DR. WILLIAM PATRICK
GAHAN, AND CORINNE K.
ROUGEAU

NO.  2022 CW 1262

**MAY 17, 2023**

---

In Re:    Dr. William Gahan, applying for supervisory writs,
          19th Judicial District Court, Parish of East Baton
          Rouge, No. 700506.

---

**BEFORE:    McCLENDON, HOLDRIDGE, AND GREENE, JJ.**

**WRIT GRANTED.** The trial court's September 26, 2022 judgment, which denied the Motion for Summary Judgment filed by defendant, Dr. William Patrick Gahan, is reversed. After conducting a de novo review, we find that Dr. Gahan has met his burden of pointing out to the court the absence of factual support for one or more elements essential to the plaintiffs' medical malpractice claims, as plaintiffs, Jennie Walsh individually and on behalf of her deceased mother, Genevieve Brister, have failed to produce expert medical testimony in support of their claims. See La. R.S. 9:2794; **Samaha v. Rau,** 2007-1726 (La. 2/26/08), 977 So.2d 880. We further find this is not a case of obvious negligence that requires no expert testimony to demonstrate the physician's fault, and Dr. Gahan has not testified as to the standard of care and his breach thereof. See e.g. **Pfiffner v. Correa,** 94-0924 (La. 10/17/94), 643 So.2d 1228, 1233-34. Therefore, we find that plaintiffs will be unable to satisfy their evidentiary burden of proof at trial. Accordingly, the Motion for Summary Judgment filed by defendant, Dr. William Patrick Gahan, is granted, and the claims of plaintiffs, Jennie Walsh individually and on behalf of her deceased mother, Genevieve Brister, against defendant, Dr. William Patrick Gahan, are dismissed with prejudice.

**PMc**
**GH**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT